IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| HERBERT CRAWFORD | * | |
| | * | |
| v. | * | Civil No. – JFM-16-3416 |
| | * | |
| SHAPIRO & BROWN, ET AL. | * | |

******

**MEMORANDUM**

Plaintiff has brought this action against Shapiro & Brown, LLP and JPMorgan Chase Bank National Association. Defendants have filed motions to dismiss and to strike a purported *lis pendens*.

Plaintiff's claims are barred by the doctrine of *res judicata*. He has brought two prior actions seeking to litigate the same issues raised in this case. The doctrine of res judicata therefore applies. *See R & D 2001, LLC v. Rice*, 402 Md. 648, 663 (2008); *Rowland v. Harrison*, 320 Md. 223, 229 (1990).

A separate order dismissing this action is being entered herewith.

Date: 12/5/16

J. Frederick Motz
United States District Judge